UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
AUBREY L. THOMAS
ASSISTANT U.S. TRUSTEE
615 E. Houston, Rm. 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-51516-MMP |
| DEEPROOT GROWTH RUNS § | |
| DEEP FUND, LLC § | |
| § | CHAPTER 7 |
| DEBTOR. § | |

**NOTICE OF APPOINTMENT OF INTERIM SUCCESSOR TRUSTEE**
**AND FIXING OF BOND**

Pursuant to Title 11 U.S.C. § 703(b), **JOHN PATRICK LOWE,** is appointed successor trustee in the above-captioned case, and is hereby designated to preside at any meeting of creditors held pursuant to 11 U.S.C. § 341(a). Pursuant to Bankruptcy Rule 2008, the successor trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the successor trustee rejects this appointment, the successor trustee must notify the Court and the United States Trustee. The bond for this case will be included under the successor trustee's existing blanket bond. Unless creditors elect another successor trustee, the successor trustee appointed herein shall serve as successor trustee without further appointment or qualification under the same bond.

DATED: December 21, 2021

                                                    KEVIN M. EPSTEIN
                                                  UNITED STATES TRUSTEE
                                                  Region 7
                                                  Southern and Western Districts of Texas

                                                  BY: /s/ Aubrey L. Thomas
                                                          Aubrey L. Thomas
                                                          Assistant U. S. Trustee
                                                          Arizona Bar No. 029446
                                                          615 E. Houston St., Room 533
                                                          San Antonio, TX 78205
                                                          (210) 472-4640
                                                          (210) 472-4649 Fax
                                                          E-mail: Aubrey.Thomas@usdoj.gov